ANNA L. HUDRLIK v. KINYON INVESTMENT COMPANY
AND ANOTHER.[1]

August 10, 1934.

No. 29,988.

*H. H. Sturner* and *Moonan & Moonan*, for appellant.
*Nelson & Nelson*, for respondents.

*PER CURIAM.*

The judgment is affirmed on the opinion filed herewith in the case of Burzinski v. Kinyon Inv. Co. 192 Minn. 335, 256 N. W. 233.

ANNA L. HUDRLIK v. KINYON INVESTMENT COMPANY
AND ANOTHER.[2]

August 10, 1934.

No. 29,989.

*H. H. Sturner* and *Moonan & Moonan*, for appellant.
*Nelson & Nelson*, for respondents.

*PER CURIAM.*

The judgment is affirmed on the opinion filed herewith in the case of Burzinski v. Kinyon Inv. Co. 192 Minn. 335, 256 N. W. 233.

[1]Reported in 256 N. W. 243.
[2]Reported in 256 N. W. 243.